In the Matter of the Claim of Louis Korth et al., Appellants. Michael J. Murphy, as Acting Industrial Commissioner, Respondent.—

All concur.

Albert B. Krakower, Appellant, v. John F. Patterson, Respondent.—

All concur.

General Exchange Insurance Corporation, Respondent, v. Rose Kweskin, Appellant, et al., Defendants.—

All concur.